# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN CLAIRMONT,<br>    Plaintiff(s)<br><br>v.<br><br>TARGET CORPORATION,<br>    Defendant(s) | CIVIL ACTION NO. 3:11-cv-30188-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Target Corporation, against the plaintiff Joan Clairmont, pursuant to the court's memorandum and order entered this date, granting the defendant's motions for summary judgment.

                                    **SARAH A. THORNTON**,
                                    CLERK OF COURT

Dated: December 13, 2012        By /s/ *Maurice G. Lindsay*
                                      Maurice G. Lindsay
                                      Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                                                            [jgm.]