# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN CLAIRMONT,<br>　　　　Plaintiff(s)<br><br>　　　　v.<br><br>TARGET CORPORATION,<br>　　　　Defendant(s) | )<br>)<br>)<br>)    CIVIL ACTION NO. 3:11-cv-30188-MAP<br>)<br>)<br>) |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

**[ ]**　**Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**[X]**　**Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

　　**IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Target Corporation, against the plaintiff Joan Clairmont, pursuant to the court's memorandum and order entered this date, granting the defendant's motions for summary judgment.

　　　　　　　　　　　　　　　　　　**SARAH A. THORNTON**,
　　　　　　　　　　　　　　　　　　CLERK OF COURT

Dated: December 13, 2012　　　　　By /s/ *Maurice G. Lindsay*
　　　　　　　　　　　　　　　　　　 Maurice G. Lindsay
　　　　　　　　　　　　　　　　　　 Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)　　　　　　　　　　　　　　　　　　　　　　[jgm.]